No. 78–6385. ROBERTS *v.* JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–6393. MILES *v.* McCONKEY. Ct. App. D. C. Certiorari denied.

No. 78–6394. BALASSY *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 78–6395. BRADFORD *v.* DISTRICT OF COLUMBIA HACKER'S LICENSE APPEAL BOARD. Ct. App. D. C. Certiorari denied.

No. 78–6414. MAY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 78–6415. TRAVISON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–6416. HARRISON *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–6417. GREEN *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78–6421. VAN ORDEN *v.* ARIZONA BOARD OF PARDONS AND PAROLES. Sup. Ct. Ariz. Certiorari denied.

No. 78–6427. COLE *v.* QUICK, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6430. SMITH *v.* SUPERINTENDENT, POWHATAN CORRECTIONAL CENTER. Sup. Ct. Va. Certiorari denied.

No. 78–6433. HERRERA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 78–6434. YOUNG, AKA CLOUDY *v.* CONN. Sup. Ct. Ind. Certiorari denied.